# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
### SOUTHERN DIVISION

Veronica L. Duffy, United States Magistrate Judge, Presiding

| | |
|---|---|
| Courtroom Deputy - CLG | Court Reporter – FTR Ct #3 |
| Courtroom - SF #3 | Date – 12/4/2017 |

CR. 17-40058-01

| | |
|---|---|
| United States of America | Tamara Nash |
| Plaintiff, | |
| vs. | |
| Loren Brown, | Clint Sargent |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 2:45 p.m.

TIME:

2:45 p.m.  Enter initial appearance and arraignment on indictment before the Honorable Veronica L. Duffy, US Magistrate Judge, Sioux Falls, South Dakota.

Defendant advised of his rights.
Defendant questioned by the court.

Defendant waived reading of the indictment. Defendant advised of maximum possible penalties he faces.

**Oral Order:** Based on defendant's financial affidavit, Clint Sargent was appointed to represent him.

The court entered a not guilty plea to the indictment on behalf of defendant.

Argument for continued release by attorney Sargent with one modification. Comments by attorney Nash. Comments by the court.

The court continued the release order entered in the District of Colorado in full force and effect with the exception that the condition 7(p) requiring home confinement is discontinued.

Defendant reminded of possible penalties for a violation of the release order.

3:10 p.m.  Court in recess.